EDWARD WELLS (SBN 321696)
ted.wells@consultils.com
SIYUN YANG (SBN 343864)
siyun.yang@consultils.com
**INNOVATIVE LEGAL SERVICES, P.C.**
355 S. Grand Ave., Ste 2450
Los Angeles, CA 90071
Tel: (626) 344-8949

*Attorneys for Defendant:*
*Dzone Management LLC, and Moji Foods, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN GRISELDA SIQUEJ CORDERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Dzone Management, LLC, a California limited liability company, Moji Foods, Inc., a Deleware Corporation, and DOES 2 to 50, inclusive,<br><br>Defendants. | **CLASS ACTION**<br>Case No.: 3:26-cv-00061<br><br>**ORDER GRANTING REFILED JOINT STIPULATION FOR DISMISSAL OF THE DEFENDANT DZONE MANAGEMENT LLC AND CLASS ACTION; FOR ARBITRATION AND TO STAY THIS MATTER PENDING ARBITRATION**<br><br>Complaint Filed: May 21, 2025<br>Matter Removed: January 5, 2026 |

**ORDER**

The Court, having considered the Parties' Refiled Joint Stipulation for Dismissal of the Defendant Dzone Management LLC and Plaintiff's Class Action; for Arbitration and to Stay This Matter Pending Arbitration, and finding good cause appearing therefore, ORDERS as follows:

(1) Defendant Dzone Management LLC is hereby dismissed without prejudice;

(2) Plaintiff's action is hereby dismissed inasmuch as it is a class action, but is not dismissed inasmuch as it is an individual action;

(3) Plaintiff is hereby ordered to submit her claims to binding arbitration;

(4) The above-entitled action is stayed pending the completion of arbitration with the Court retaining jurisdiction for enforcement and other appropriate relief.

(5) The parties shall file a joint status report by July 31, 2026 regarding the status of arbitration proceedings.

IT IS SO ORDERED.

Dated: January 30, 2026                         By: _____
                                                      Judge

2

ORDER GRANTING REFILED JOINT STIPULATION FOR DISMISSAL OF THE DEFENDANT DZONE MANAGEMENT LLC AND CLASS ACTION; FOR ARBITRATION AND TO STAY THIS MATTER PENDING ARBITRATION